IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV - 8 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| LILY F. TERCERO | § | |
| | § | |
| VS | § | CASE NO.   1:16-CV-282 |
| | § | |
| TEXAS SOUTHMOST COLLEGE | § | |
| DISTRICT, ET AL | § | |

## RESPONSE TO JURY NOTE NO. ___1___

Date: _11-08-2018_

Time: _5:10 pm_

*If you enter an amount in response to Question 4B, you should do so based on the instructions that I previously have provided regarding damages.*

_____
Fernando Rodriguez, Jr.
United States District Judge