United States District Court
Southern District of Texas
**ENTERED**
November 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LILY F. TERCERO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:16-CV-282 |
| | § | |
| TEXAS SOUTHMOST COLLEGE | § | |
| DISTRICT, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Court orders each party to electronically file its respective admitted trial exhibits by November 21, 2018.

SIGNED this 9th day of November, 2018.

_____
Fernando Rodriguez, Jr.
United States District Judge