United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LILY F. TERCERO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:16-CV-00282 |
| § | |
| TEXAS SOUTHMOST COLLEGE DISTRICT, *et al.*, § § § | |
| Defendants. § | |

## FINAL JUDGMENT

On November 5, 2018, Plaintiff Dr. Lily F. Tercero and Defendant Texas Southmost College District (the District) appeared in person through their representatives and counsel and announced ready for trial.

After a jury was impaneled and sworn, it heard the evidence and arguments of counsel. In response to the jury charge, the jury made findings that the Court received, filed, and entered in the record. In accordance with the jury's verdict, the Court renders judgment for Dr. Tercero. Accordingly, it is:

**ORDERED** that Dr. Tercero recover from the District $674,878.66 for her breach-of-contract claim and $12,500,000.00 for her 42 U.S.C. § 1983 claim;

**ORDERED** that Dr. Tercero recover from the District $117,685.67 in attorney's fees;

**ORDERED** that all costs of court attributable to Dr. Tercero's prevailing causes of action are adjudged against the District; and

**ORDERED** that this Judgment shall bear post-judgment interest at the rate of 2.56% per annum from the date following this judgment until it is paid in full, for all of which execution shall issue.

All other relief not expressly granted is denied.

This Judgment is final, disposes of all parties and claims, and is appealable.

SIGNED this 11th day of February, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge