IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. LILY F. TERCERO, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| TEXAS SOUTHMOST COLLEGE DISTRICT, ADELA G. GARZA, JUAN MENDEZ III, RUBEN HERRERA, RAMON CHAMPION HINOJOSA, AND DR. ANTONIO ZAVALETA, *in their official capacities as Trustees of the Texas Southmost College District and in their personal capacities,* | § § § § § § § § § § | CIVIL ACTION NO. 1:16-CV-00282 |
| *Defendants.* | § | |

**NOTICE OF APPEAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Dr. Lily F. Tercero, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following orders and judgment: Order entered on July 25, 2019 [Dkt # 115] and the Final Judgment of February 11, 2019 [Dkt # 105] as altered by the Order of July 25, 2019.

Respectfully submitted,

By: */s/ Richard A. Illmer*
    Richard A. Illmer
    State Bar No. 10388350
    Rick.illmer@huschblackwell.com
    Southern District Bar No. 19120

**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas  75201
(214) 999-6100
(214) 999-6170 *facsimile*

**ATTORNEYS FOR PLAINTIFF**
**DR. LILY F. TERCERO**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2019, a true copy of the foregoing was delivered to all counsel of record via the Court's Electronic Case Filing System (ECF) as follows:

TO:    Eduardo G. Garza
        Esparza & Garza, L.L.P.
        964 E. Los Ebanos Boulevard
        Brownsville, Texas  78520
        *Attorneys for Defendants*

                                    */s/ Richard A. Illmer*
                                    Richard A. Illmer