United States District Court
Southern District of Texas
**ENTERED**
February 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LILY F. TERCERO, | § |
| Plaintiff, | § § § |
| VS. | § CIVIL ACTION NO. 1:16-CV-282 |
| TEXAS SOUTHMOST COLLEGE DISTRICT, *et al.*, | § § § § |
| Defendants. | § |

## AMENDED FINAL JUDGMENT

On November 5, 2018, Plaintiff Dr. Lily F. Tercero and Defendant Texas Southmost College District (the "District") appeared in person through their representatives and counsel and announced ready for trial.

After a jury was empaneled and sworn, it heard the evidence and arguments of counsel. In response to the jury charge, the jury made findings that the Court received, filed, and entered into the record. In accordance with the jury's verdict and the Court's rulings on post-trial motions, including on remand from *Tercero v. Texas Southmost College District*, 989 F.3d 291 (5th Cir. 2021), the Court renders judgment in favor of Dr. Tercero. Accordingly, it is:

**ORDERED** that Dr. Tercero recover from the District $674,878.66 on her cause of action for breach of contract;

**ORDERED** that Dr. Tercero recover $171,494.75 in prejudgment interest on the damages recovered on her cause of action for breach of contract;

**ORDERED** that Dr. Tercero recover the nominal sum of one dollar on her cause of action under 42 U.S.C. § 1983;

**ORDERED** that Dr. Tercero recover from the District the following attorney's fees:

(1) $235,290.26 in attorney's fees actually incurred; and

(2) $24,579.41 in conditional attorney's fees for an unsuccessful appeal by Defendant

Texas Southmost College District;

**ORDERED** that all costs of court are adjudged against the District; and

**ORDERED** that this Amended Final Judgment shall bear post-judgment interest at the rate of 0.21% per annum from December 3, 2021, until it is paid in full, for all of which execution shall issue.

All other relief not expressly granted is denied.

This Judgment is final, disposes of all parties and claims, and is appealable.

Signed on February 1, 2022.

_____
Fernando Rodriguez, Jr.
United States District Judge